# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AL F. WILSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TEXTRON AVIATION, INC.; )<br>)<br>Defendant. )<br>_____ ) | Case No. 17-1287-EFM |

## AGREED ORDER

Now on this 13th day of April, 2018, upon agreement of the parties in the above case, the court hereby directs the Kansas Human Rights Commission (KHRC) to release all records in its possession concerning *Wilson v. Beechcraft Cessna Hawker Textron Aviation*, KHRC Docket No. 38276-16, to include, but not be limited to, correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents related hereto. The KHRC may withhold materials deemed by the KHRC to be conciliatory or deliberative in nature, or which are the work product of KHRC legal staff. The records should be produced to Donald N. Peterson, II; Graybill & Hazlewood, LLC, 218 N Mosley St., Wichita, KS 67202.

IT IS SO ORDERED.

Dated April 13, 2018, at Kansas City, Kansas.

     s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

     /s/ Donald N. Peterson, II
Donald N. Peterson, II #13805
Nathan R. Elliott, #24657
218 N. Mosley St.
Wichita, KS 67202
(316) 266-4058 (phone)
(316) 462-5566 (facsimile)
don@graybillhazlewood.com
nathan@graybillhazlewood.com
***Attorney for Plaintiff***

and

     /s/ Patrick A. Edwards
Patrick A. Edwards (KS #24553)
Stephanie N. Scheck (KS #17641)
STINSON LEONARD STREET LLP
1625 N. Waterfront Pkwy, Suite 300
Wichita, Kansas 67206-6620
Telephone (316) 265-8800
Facsimile (316) 265-1349
stephanie.scheck@stinson.com
patrick.edwards@stinson.com